IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| GINA KRAMER, § | |
| Plaintiff § | |
| § | CIVIL ACTION NO. 2:12-cv-13 |
| vs. § | |
| § | |
| REDLINE RECOVERY § | |
| SERVICES, LLC § | |
| Defendant § | |

*CERTIFICATE OF INTERESTED PERSONS*

To the best of Plaintiff's knowledge the only persons subject to disclosure are Plaintiff and Defendant and upon information and belief, Defendant is not a publicly held company.

Respectfully submitted,

By: /s/ Dennis R. Kurz
Dennis R. Kurz
Texas State Bar # 24068183
Dkruz@attorneysforconsumers.com
WEISBERG & MEYERS, LLC
Two Allen Center
1200 Smith Street
Sixteenth Floor
Houston, TX 77002
Telephone:     (888) 595-9111
Facsimile:      (866) 565-1327

*Attorney for Plaintiff*
GINA KRAMER

1

**CERTIFICATE OF SERVICE**

I certify that on January 13, 2012, I electronically filed the foregoing document with the clerk of the U.S. District Court, Southern District of Texas, Corpus Christi Division, using the electronic case filing system of the court.

/s/ Dennis R. Kurz
Dennis R. Kurz
